**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------  x
OFFICIAL COMMITTEE OF UNSECURED                   :
CREDITORS OF ARCAPITA BANK B.S.C.(c) et al.,      :
                                                  :
                              Appellant,          :
                                                  :   15-cv-03828 (GBD)
              against                             :
                                                  :
BAHRAIN ISLAMIC BANK,                             :
                                                  :
                              Appellee.           :
------------------------------------------------------------------  x
OFFICIAL COMMITTEE OF UNSECURED                   :
CREDITORS OF ARCAPITA BANK B.S.C.(c) et al.,      :
                                                  :
                              Appellant,          :
                                                  :   15-cv-03829 (GBD)
              against                             :
                                                  :
TADHAMON CAPITAL B.S.C.,                          :
                                                  :
                              Appellee.           :
------------------------------------------------------------------  x
```

**MOTION TO WITHDRAW APPEARANCE OF EUNICE RIM,
AS COUNSEL FOR BAHRAIN ISLAMIC BANK AND
TADHAMON CAPITAL BANK B.S.C., AND REQUEST FOR REMOVAL
FROM THE COURT'S ELECTRONIC NOTIFICATION SYSTEM**

Eunice Rim, Esq., formerly an attorney with the law firm of K&L Gates LLP and currently a Trial Attorney with the United States Department of Justice, hereby moves pursuant to Local Civil Rule 1.4 for withdrawal of her appearance in the above-captioned cases on behalf of Bahrain Islamic Bank and Tadhamon Capital Bank B.S.C. and further requests that she no longer receive electronic filing notifications in the above-captioned cases.

Dated: August 19, 2015
       Washington, DC

                                            Respectfully submitted,

                                        /s/     *Eunice Rim*

                                        EUNICE RIM HUDSON
                                        Civil Division
                                        U.S. Department of Justice
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: (202) 514-6748
                                        Fax: (202) 514-9163
                                        E-mail:  Eunice.R.Hudson@usdoj.gov